UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 7: 26 CR 67 (PMH) |
| | : | |
| MICHAEL O'FLAHERTY, | : | **ORDER** |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

At the sentencing hearing on July 21, 2026, and for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED. Accordingly, Defendant is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities.

Dated: White Plains, New York
July 21, 2026

SO ORDERED:

Philip M. Halpern
United States District Judge