TANNER & ORTEGA, L.L.P.
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
170 HAMILTON AVENUE
SUITE 315
WHITE PLAINS, NY 10601
4) 358-5998
2) 962-1778

Application granted. Pretrial Services shall release Mr. O'Flaherty's passport. The Clerk of Court is respectfully directed to terminate the pending letter-motion. (Doc. 42).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 23, 2026

Honorable Philip M. Halpern
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

BY ECF AND EMAIL/PDF

Re: *United States v. Michael O'Flaherty*, 26 Cr. 67 (PMH)
Letter Motion for Release of Defendant's Passport

Dear Judge Halpern:

On July 21, 2026, the above defendant, Michael O'Flaherty was sentenced by this Court to time served, to be followed by 24 months' Supervised Release (ECF Doc No. 41). In compliance with one of the conditions of his pretrial release, Mr. O'Flaherty surrendered his United States Passport to Pretrial Services (ECF Doc No. 4). I am informed by Pretrial that although they have no issue with returning the passport to my client, they cannot do so without an Order from the Court.

I therefore write to the Court to request, in light of the aforementioned resolution of this case, that Pretrial Services be directed to release Mr. O'Flaherty's United States Passport to him or to counsel at their earliest convenience. The Government has no objection to this application.

Thank you, Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc: AUSA Jeffrey Coffman (By ECF and Email/PDF)
AUSA Qais Ghafary (By ECF and Email/PDF)